[No. 36367-1-I.     Division One.     December 23, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. BRAULIO
PACHECHO-DIAZ, *Appellant.*

Appeal from a judgment of the Superior Court for
Skagit County, No. 94-1-00407-6, Michael E. Rickert, J.,
entered March 2, 1995. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Webster and Cox, JJ.

[No. 36489-8-I.     Division One.     December 23, 1996.]

*In the Matter of the Marriage of* CORINNE A.
WICKLUND, *Respondent,* and WARD T. WICKLUND,
*Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 93-3-00088-0, Steven J. Mura, J., entered
December 29, 1994. *Reversed in part, remanded in part*
and *affirmed in part* by unpublished opinion per Grosse,
J., concurred in by Kennedy, A.C.J., and Becker, J. Now
published at 84 Wn. App. 763.

[No. 36578-9-I.     Division One.     December 23, 1996.]

MILBOURN PROPERTIES, *Appellant,* v. JEROME PASTOR,
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-08173-8, Jospeh A. Thibodeau, J.,
entered April 12, 1995. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Kennedy, A.C.J., and
Cox, J.